BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JENNIFER J. MARTIN, OSB #842851**
Jennifer.Martin@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:15-CR-00413-BR |
| v. | **STIPULATION OF THE PARTIES RE UTC AND PACIFIC TIME** |
| **MARSHALL CHARLES RICHMOND, III,** | |
| **Defendant.** | |

Consistent with the facts discussed during trial on March 2, 2016, the parties agree that to convert Coordinated Universal Time (UTC) to Pacific Daylight Time, subtract seven (7) hours from the UTC time.

Stipulated by the United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, through Jennifer J. Martin, Assistant United States Attorney

3/3/16
Date

BILLY J. WILLIAMS
United States Attorney
JENNIFER J. MARTIN, OSB #842851
Assistant United States Attorney

Stipulated by pro se defendant Marshall Charles Richmond III,

3·3·2016            *Marshall Richmond*
Date                   Marshall Charles Richmond III,
                     pro se Defendant

Stipulated to by Stand By counsel Mr. Todd Bofferding

3-3-2016
Date                   Todd Bofferding,
                     Stand By Counsel